```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24404
   KIMBERLY HOLMES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6460

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/28/2007 and was confirmed 04/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ISAC                       UNSEC W/INTER    6516.41         240.01          .00
ALLIANT CREDIT UNION       UNSEC W/INTER    3906.32         143.86          .00
COMCAST                    UNSEC W/INTER  NOT FILED            .00          .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     518.02          19.08          .00
HSBC CARSON                UNSEC W/INTER     952.12          35.06          .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER     251.13            .00          .00
POPULAR MORTGAGE SERVICI   CURRENT MORTG       .00             .00          .00
POPULAR MORTGAGE SERVICI   MORTGAGE ARRE       .00             .00          .00
POPULAR MORTGAGE           NOTICE ONLY    NOT FILED            .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,314.00                      3,314.00
TOM VAUGHN                 TRUSTEE                                         326.26
DEBTOR REFUND              REFUND                                          915.66

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              4,993.93

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
   INTEREST                                 438.01
ADMINISTRATIVE                            3,314.00
TRUSTEE COMPENSATION                        326.26
DEBTOR REFUND                               915.66
                     -------------      -------------
TOTALS               4,993.93             4,993.93


                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 24404 KIMBERLY HOLMES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE